HENRY KENNELL, Respondent, *v.* GEORGE W. RIDER et al., Appellants.

(Submitted November 27, 1929; decided January 8, 1930.)

*William D. Cunningham* for appellants.

*Lloyd R. LeFever* and *Andrew J. Cook* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.